# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL PAT THOMPSON, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | Case No. CIV-09-1136-M |
| DAVID PARKER, WARDEN, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

On April 30, 2010, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for writ of habeas corpus be denied and petitioner's request for expansion of the record and for evidentiary hearing be denied. The parties were advised of their right to object to the Report and Recommendation by May 21, 2010. After receiving an extension of time, petitioner filed his objections on June 1, 2010.

In his objections, petitioner objects to the entirety of the Report and Recommendation. Having carefully reviewed this matter de novo, the Court finds, for substantially the same reasons set forth in the Report and Recommendation, that petitioner's objections are without merit and that the petition for writ of habeas corpus and petitioner's request for an expansion of the record and an evidentiary hearing should be denied.

Accordingly, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on April 30, 2010;

(2) DENIES petitioner's Request for Expansion of the Record and for Evidentiary Hearing [docket no. 5];

(3) DENIES the Petition for Writ of Habeas Corpus; and

(4) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 25th day of June, 2010.**

*[Signature]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE